NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RUSSELL A. ROGERS,                    )
                                      )
            Appellant,                )
                                      )
v.                                    )        Case No. 2D18-548
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____)

Opinion filed July 25, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; J. Kevin Abdoney,
Judge.

Russell A. Rogers, pro se.


PER CURIAM.

        Affirmed.  See Knight v. State, 808 So. 2d 210 (Fla. 2002); Dale v. State,

703 So. 2d 1045 (Fla. 1997); Franke v. State, 997 So. 2d 424 (Fla. 2d DCA 2008);

Steward v. State, 931 So. 2d 133 (Fla. 2d DCA 2006); Shortridge v. State, 884 So. 2d

321 (Fla. 2d DCA 2004).


CRENSHAW, LUCAS, and ATKINSON, JJ., Concur.